RECEIVED
SDNY PRO SE OFFICE

2018 JUL 30  PM 12: 04

S.D. OF N.Y.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Javier Nunez
_____

Write the full name of each plaintiff or petitioner.

Case No. 18 .CV 892

-against-

MARK SILBER / ELI SILBER

Nicole FRASER / GUTMAN, MINTe, BAKER & SonnenfeldT LLc

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that  Plaintiff  Javier Nunez

plaintiff or defendant     name of party who is making the motion

requests that the Court:

STOP The eviction Caused by nuisance ordinances Determination of every action and proceedy procedures

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☑ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/18

7/30/18
_____
Dated

Javier Nunez
_____
Name

1322 Bedford Ave
_____
Address

347-290-1121
_____
Telephone Number (if available)

Javier Nu _____
_____
Signature

_____
Prison Identification # (if incarcerated)

Brooklyn    NY    11216
_____
City        State    Zip Code

ennithy2014@gmail.com
_____
E-mail Address (if available)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Javier Nunez
_____

Fill in above the full name of each plaintiff or petitioner.

Case No. 18 cv 892

-against-

MARK SILBER /Eli SILBER /
Nicole FRASER /Gutman, minte, BARRER &
Sonnenfeld LLC
_____

Fill in above the full name of each defendant or
respondent.

## DECLARATION

Alter or amend Judgment Motion for

Reconsideration
_____

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment."

I, Javier Nunez        , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

Fraud: wrongful OR criminal deception
Intended to result in financial or PERSonal
gain. In law Fraud is deliberate deception
to secure unfair or unlawful gain or To
deprive a victim of a legal Right.

Disability Fraud can result in denial of Future Benefits as well as Criminal Prosecution. I believes the landlord conspired with the Judge, APS, DHS, And the Police to evict me from my FATHER Apartment Because the unit is affordable housing. My FATHER disappeared Ten months ago. I do not know where my father this? Fundamental Freedoms and human Rights. Cause harm to others failure to of A Party to live up to the ~~tota~~ terms of a contract. To Secure the Just. Speedy and inexpensive determination of every action and proceeding.

Attach additional pages and documents if necessary.

7-30-18

Executed on (date)

Javier nuner

Name

1322 Bedford Ave

Address

347-290-1121

Telephone Number (if available)

Javier nuner

Signature

Prison identification # (if incarcerated)

Brooklyn     NY     11216

City          State          Zip Code

ennitty2014@gmail.com

E-mail Address (if available)