UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER NUNEZ,<br><br>      Plaintiff,<br><br>-against-<br><br>MARK, SILBER; ELI SILBER; NICOLE FRASER; GUTMAN, MINTE, BAKER & SONNENFELDT, LLC,<br><br>      Defendants. | 1:18-CV-0892 (CM)<br><br>BAR ORDER UNDER<br>28 U.S.C. § 1651 |

COLLEEN McMAHON, United States District Judge:

  By order dated January 10, 2022, the Court directed Plaintiff, who appears *pro se*, to show cause by declaration, within 30 days, why the Court should not bar Plaintiff from filing any future submission in this action, with the exception of a notice of appeal. Seven days later, on January 17, 2022, Plaintiff filed a declaration, but his arguments against imposing the bar order are insufficient. Accordingly, the bar order will issue.

## CONCLUSION

  The Court hereby bars Plaintiff from filing any future submission in this action, with the exception of a notice of appeal. *See* 28 U.S.C. § 1651. The Court warns Plaintiff that any violations of this filing injunction may result in the imposition of additional sanctions, including monetary penalties. *See id.*

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated: January 28, 2022
New York, New York

_____
COLLEEN McMAHON
United States District Judge