# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 31, 2022

JAVIER NUNEZ

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 00892 ( )( )

-against-

**NOTICE OF APPEAL**

MARK SILBER, ELI SILBER, NICOLE FRASER,

GUTMAN, MINTE, BAKER, SONNENFELD, LLC

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: JAVIER NUNEZ

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 04/17/2018

(date that judgment or order was entered on docket)

that: Any Violations of this filling in the imposition of additional sanctions, including Monetary Penalties.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

01/31/2022
Dated

*Javier Nuñez*
Signature*

Nunez Javier
Name (Last, First, MI)

| 1203 Pittston Ave | Scranton | PA | 18505 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 9175626987 | Nity276@gmail.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13